IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SANFIEL,<br>        Petitioner,<br><br>v.<br><br>SUPT. SCI RETREAT,<br>PA ATTORNEY GENERAL, and THE<br>DISTRICT ATTORNEY OF THE<br>COUNTY OF BERKS,<br>        Respondents. | CIVIL ACTION<br><br><br><br>NO. 18-4435 |

## O R D E R

**AND NOW**, this 14th day of November, 2019, upon consideration of Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Robert Sanfiel (Document No. 9, filed November 23, 2018), the record in this case, the Report and Recommendation of the United States Magistrate Judge Richard A. Lloret dated September 30, 2019, there being no objection, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of the United States Magistrate Judge Richard A. Lloret dated September 30, 2019, is **APPROVED** and **ADOPTED**;

2. Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by *pro se* petitioner, Robert Sanfiel, is **DISMISSED WITH PREJUDICE** as untimely filed; and

3. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                                  **BY THE COURT:**

                                                  /s/ Hon. Jan E. DuBois

                                                  **DuBOIS, JAN E., J.**